IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | Case No. 3:11-cv-442 |
| Plaintiff, | : | Judge Timothy S. Black |
| vs. | : | |
| ROGER J. WRIGHT, | : | |
| Defendant. | : | |

**CONSENT JUDGMENT ORDER**

This matter coming before the court on the application of the United States, by agreement and stipulation of the parties, filed March 5, 2012 (Doc. 4), and the court finding that it has jurisdiction over the subject matter and the parties, and that the allegations of the complaint and the application for entry of consent judgment are well taken;

IT IS ORDERED that judgment is entered in favor of the United States, and against the Defendant, ROGER J. WRIGHT, in the amount of $535,852.02 ($500,000.00 principal, $5,000 interest, $30,000.00 in penalties and $852.02 in administrative fees) interest accrued through October 24, 2011 with additional interest on the principal balance from said date at the rate of 1.00 percent per annum to the date of judgment plus additional interest from the date of judgment at the legal rate in effect on the date of judgment in addition to the costs of this action.

**IT IS SO ORDERED.**

Date: 3/12/12

Timothy S. Black
United States District Judge